Joseph KEARNS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 82282.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 9, 2003.

Mark A. Grothoff, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane Dixon Crouse, Jefferson City, MO, for respondent.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER III, J.

*ORDER*

PER CURIAM.

Joseph Kearns appeals the judgment denying his Rule 29.15 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find that the judgment is not clearly erroneous. An extended opinion would be of no precedential value. We affirm the judgment for the reasons set forth in the motion court's judgment. Rule 84.16(b).